[No. 1273.]

J. B. MATHEWSON, APPELLANT, *v.* M. T. BOYLE, ET AL.,
RESPONDENTS.

APPEAL—FAILURE TO FILE BRIEFS—JUDGMENT AFFIRMED.—When time
has been allowed in which to file briefs and the appellant fails to file
his brief, within the time allotted, the judgment of the court below will
be affirmed.

APPEAL from the District Court of the State of Nevada,
Eureka County.

A. L. FITZGERALD, District Judge.

*Baker & Wines,* for Appellant.

No brief on file.

*A. E. Cheney,* for Respondent.

By the Court, BELKNAP, J.:

This cause was ordered to be submitted upon briefs. The time
within which appellant was allowed to submit his brief expired
fifty days since. No brief has been filed in his behalf, nor
request made for further time. Under these circumstances, it
is ordered that the judgment of the district court be affirmed,
by reason of the failure of appellant to prosecute his appeal.
(*Finlayson* v. *Montgomery,* 14 Nev. 397; *Goodhue* v. *Shedd,* 17
Nev. 140.)